UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg Division

FILED
JUL 10 2026
U.S. DISTRICT COURT- NDWV
MARTINSBURG, WV 25401

Jack Spanos, pro se,
Plaintiff,

v. Case Number: 3:26-cv-94

Meta Platforms, Inc., et al.,
Defendants.

Cival Complaint Under
28 U.S.C. § 1332, seeking to be added to the M.D.L. No: 3047

Comes now, the plaintiff, Jack Spanos, pro se, in the above styled cause and seeks to be added to the Multi District Litigation (case number: 4:22-md-3047-YGR), and I file this case under 28 U.S.C. § 1332 as diversity of citizenship exists in this matter and the amount in contention exceeds $75,000.00 in this matter, and I do hereby state the following under the penalties of perjury:

I. Statement of Complaint:

1.) On or around 2004, I, Jack Spanos, at the adolescent age of 16, being born 8-27-1987, started a Myspace social media page and became addicted to social media usage; about July of 2006, I started a Facebook (Meta Platforms) profile and was a regular user of Google where I inquired of Facebook.

2.) Due to my social media addiction, Mr. Spanos developed numerous mental health issues like severe depression, anxiety and a mood disorder. Then in 2008, at the age of 18 Mr.

Spanos attempted suicide and was placed in a psychiatric unit at Berkeley Medical Center. He was placed on medication for his mental health, Zoloft, Buspar and Depakote, for depression, anxiety and mood disorder.

3.) Over the years Mr. Spanos started using other social media sites due to his addiction and was recomended use of these platforms by Google. In 2012 he began using Snapchat, in 2014 he started using Instagram, when Tik Tok first came out in the U.S. he used their platform, and he also used You Tube since 2008.

4.) Since he began using these platforms of social media he became depressed due to the way that the companys regulate their platforms to cause anxiety in teenagers and adults and these products are defective and caused him to experience depression, anxiety and mood disorder. In order to expect to keep their users the creators of these platform pourposely made their platform addictive, causing anxiety with reward and bullying consepts built into their product which were and are harmful to users. And when the companys listed herein realized that their products were causing harm they hindered people from being able to delete their accounts to force them to use their platform, as they did me.

5.) Over the years I became self injurous and started cutting myself, this to became addictive

as well. I now realize these social media companys listed above are highly responsible for my mental health problems. I became a self-mutilator and tried to commit suicide numerous times and spent time in psychiatric hospitals, rehabilitation centers, detox units and outpatient clinics. The social media addiction has effected every area of my life in negative ways, it led to incarceration, illicit drug usage and addiction and destroyed relationship with family and friends.

6.) Today I'm still addicted to social media though I have deleted my accounts, I use my wife and friends accounts. I still have damages still occurring in the form of mental health problems. I have taken these meds (as well as others): Welbutrin, Prozac, Lithium, Abilify, Geodone, Haldol, Seraquel, and Trazadone. Today I take: Vraylar, Trazadone and Suboxone, and recieve therapy.

7.) I want to incorperate the individual master complaint by reference and make all the claims and allegations against all the entities and the individual defendants therein.

II. Defendants Responsible:

1.) Meta Platforms, Inc. 2.) Snap, Inc. 3.) TikTok, Inc.
4.) YouTube, LLC. 5.) Google, LLC. 6.) Siculus, Inc.
7.) Mark Zuckerburg

III. Relief Requested:

I am seeking damages against each defendant in the Master Individual Complaint in the amount of: $2,100,000.00, all cost associated with this suit and any other relief this court deem propper, just and equitable.

IV. Declaration and Date:

I, Jack Spanos, does hereby declare that this foregoing complaint is true and correct to the very best of my knowledge and belief.

Date: 5/13/26

Signed: Jack Spanos

Jack Spanos
1843 Engle Molers Rd.
Harpers Ferry, W.V. 2542[illegible]